# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.0.105.129 | Verizon Online | 2011-05-14 02:16:58 AM |
| 108.0.134.144 | Verizon Online | 2011-05-08 02:39:14 PM |
| 108.13.151.113 | Verizon Online | 2011-05-21 01:28:46 AM |
| 129.8.218.110 | California State Univ. at Fresno | 2011-05-11 11:03:53 PM |
| 173.55.200.98 | Verizon Online | 2011-05-10 09:06:51 PM |
| 173.55.54.77 | Verizon Online | 2011-05-13 07:04:51 AM |
| 173.58.132.83 | Verizon Online | 2011-05-05 06:50:07 PM |
| 174.68.111.87 | Cox Communications | 2011-05-21 06:07:54 AM |
| 174.68.96.186 | Cox Communications | 2011-05-16 06:25:46 AM |
| 204.195.66.46 | Wave Broadband | 2011-05-06 09:25:21 PM |
| 208.87.58.63 | Webpass | 2011-05-16 12:17:29 PM |
| 24.130.189.58 | Comcast Cable Communications | 2011-05-04 09:47:36 PM |
| 24.23.164.149 | Comcast Cable Communications | 2011-05-05 03:57:34 AM |
| 24.23.202.239 | Comcast Cable Communications | 2011-05-05 08:50:44 AM |
| 24.24.166.35 | Road Runner | 2011-05-04 09:46:01 AM |
| 24.24.171.68 | Road Runner | 2011-05-06 01:45:04 AM |
| 24.5.65.201 | Comcast Cable Communications | 2011-05-08 12:32:21 AM |
| 24.5.66.241 | Comcast Cable Communications | 2011-05-04 09:31:01 AM |
| 24.6.145.200 | Comcast Cable Communications | 2011-05-07 10:13:47 PM |
| 64.113.121.138 | Surewest Broadband | 2011-05-03 10:27:41 PM |
| 64.203.12.30 | Road Runner | 2011-05-24 02:00:56 AM |
| 66.127.53.73 | AT&T Internet Services | 2011-05-06 08:58:27 AM |
| 66.133.221.108 | Road Runner | 2011-05-06 12:17:23 PM |
| 66.160.133.102 | Advanced Colocation | 2011-05-13 05:38:47 AM |
| 66.205.130.91 | Surewest Broadband | 2011-05-05 05:15:34 PM |
| 66.27.202.150 | Road Runner | 2011-05-06 08:58:17 AM |
| 66.27.94.146 | Road Runner | 2011-05-03 10:27:41 PM |
| 66.74.70.103 | Road Runner | 2011-05-04 05:58:03 AM |
| 67.174.252.49 | Comcast Cable Communications | 2011-05-06 10:36:49 AM |
| 67.180.61.115 | Comcast Cable Communications | 2011-05-13 12:22:39 AM |
| 67.188.114.8 | Comcast Cable Communications | 2011-05-05 07:11:13 AM |
| 67.188.75.74 | Comcast Cable Communications | 2011-05-16 12:17:30 PM |
| 67.49.46.27 | Road Runner | 2011-05-03 10:27:41 PM |
| 68.101.223.3 | Cox Communications | 2011-05-06 01:58:25 PM |
| 68.107.50.47 | Cox Communications | 2011-05-16 05:37:11 AM |
| 68.111.67.19 | Cox Communications | 2011-05-05 03:19:24 PM |
| 68.116.83.181 | Charter Communications | 2011-05-05 03:34:27 PM |
| 68.120.195.113 | AT&T Internet Services | 2011-05-22 06:51:38 AM |
| 68.4.69.46 | Cox Communications | 2011-05-16 10:31:26 AM |
| 68.4.97.51 | Cox Communications | 2011-05-18 03:20:47 PM |
| 68.5.245.85 | Cox Communications | 2011-05-23 10:33:41 PM |
| 68.7.29.221 | Cox Communications | 2011-05-23 02:10:41 PM |
| 68.8.165.211 | Cox Communications | 2011-05-16 10:31:25 AM |
| 69.105.52.118 | AT&T Internet Services | 2011-05-13 07:28:54 AM |
| 69.108.49.213 | AT&T Internet Services | 2011-05-07 09:42:46 PM |
| 69.111.13.224 | AT&T Internet Services | 2011-05-16 02:02:36 AM |

| IP Address | ISP | Timestamp |
|---|---|---|
| 69.181.53.48 | Comcast Cable Communications | 2011-05-06 01:13:52 AM |
| 69.62.207.164 | Surewest Broadband | 2011-05-04 04:42:52 AM |
| 70.187.191.46 | Cox Communications | 2011-05-22 08:40:33 PM |
| 70.36.227.33 | Sonic Telecom | 2011-05-04 06:39:17 PM |
| 71.83.218.50 | Charter Communications | 2011-05-04 07:55:58 AM |
| 71.83.85.58 | Charter Communications | 2011-05-05 10:46:49 PM |
| 72.129.32.200 | Road Runner | 2011-05-04 06:39:17 PM |
| 72.129.60.152 | Road Runner | 2011-05-05 05:34:07 AM |
| 72.130.105.58 | Road Runner | 2011-05-16 12:17:30 PM |
| 72.197.209.174 | Cox Communications | 2011-05-18 06:37:13 AM |
| 72.199.96.17 | Cox Communications | 2011-05-10 06:25:19 PM |
| 72.219.173.8 | Cox Communications | 2011-05-16 02:06:46 AM |
| 75.36.204.49 | AT&T Internet Services | 2011-05-05 03:57:34 AM |
| 75.55.221.147 | AT&T Internet Services | 2011-05-17 07:04:29 AM |
| 75.84.223.214 | Road Runner | 2011-05-04 02:05:08 PM |
| 75.85.1.17 | Road Runner | 2011-05-13 09:26:25 AM |
| 76.102.139.44 | Comcast Cable Communications | 2011-05-05 01:26:02 AM |
| 76.105.24.246 | Comcast Cable Communications | 2011-05-04 01:36:48 AM |
| 76.114.34.53 | Comcast Cable Communications | 2011-05-04 01:36:49 AM |
| 76.126.122.81 | Comcast Cable Communications | 2011-05-16 01:08:54 PM |
| 76.14.64.170 | Wave Broadband | 2011-05-16 05:01:15 AM |
| 76.167.179.24 | Road Runner | 2011-05-16 06:12:49 AM |
| 76.170.105.91 | Road Runner | 2011-05-04 09:31:01 AM |
| 76.173.167.113 | Road Runner | 2011-05-06 03:35:28 AM |
| 76.173.170.61 | Road Runner | 2011-05-05 09:18:06 PM |
| 76.174.120.136 | Road Runner | 2011-05-10 03:18:39 PM |
| 76.205.57.0 | AT&T Internet Services | 2011-05-04 03:42:27 PM |
| 76.21.39.221 | Comcast Cable Communications | 2011-05-16 08:32:47 AM |
| 76.254.9.55 | AT&T Internet Services | 2011-05-08 09:26:04 AM |
| 76.29.163.133 | Comcast Cable Communications | 2011-05-06 02:49:56 AM |
| 76.89.137.200 | Road Runner | 2011-05-09 05:14:31 PM |
| 76.89.156.8 | Road Runner | 2011-05-21 11:48:26 PM |
| 76.93.17.5 | Road Runner | 2011-05-12 08:09:01 PM |
| 76.95.143.250 | Road Runner | 2011-05-03 10:27:41 PM |
| 76.95.223.124 | Road Runner | 2011-05-06 05:59:53 AM |
| 76.95.6.150 | Road Runner | 2011-05-17 07:31:33 AM |
| 96.40.135.244 | Charter Communications | 2011-05-12 11:47:16 AM |
| 98.112.152.221 | Verizon Online | 2011-05-13 01:54:03 PM |
| 98.119.86.101 | Verizon Online | 2011-05-04 11:09:26 PM |
| 98.148.16.233 | Road Runner | 2011-05-05 07:38:38 PM |
| 98.148.212.207 | Road Runner | 2011-05-21 06:07:54 AM |
| 98.207.161.86 | Comcast Cable Communications | 2011-05-23 06:13:48 PM |
| 98.208.100.20 | Comcast Cable Communications | 2011-05-08 11:07:07 AM |
| 98.208.101.212 | Comcast Cable Communications | 2011-05-24 09:43:39 AM |
| 98.210.145.253 | Comcast Cable Communications | 2011-05-22 07:10:36 AM |
| 98.234.112.197 | Comcast Cable Communications | 2011-05-13 11:41:29 AM |
| 98.248.42.33 | Comcast Cable Communications | 2011-05-19 09:51:32 AM |

| | | |
|---|---|---|
| 98.255.17.50 | Comcast Cable Communications | 2011-05-04 03:10:19 AM |
| 99.129.24.224 | AT&T Internet Services | 2011-05-05 05:15:36 PM |
| 99.146.0.164 | AT&T Internet Services | 2011-05-19 12:33:06 PM |
| 99.146.25.130 | AT&T Internet Services | 2011-05-08 07:59:54 PM |
| 99.191.143.124 | AT&T Internet Services | 2011-05-06 05:05:32 PM |
| 99.48.27.146 | AT&T Internet Services | 2011-05-04 09:49:22 PM |
| 99.54.9.177 | AT&T Internet Services | 2011-05-22 01:00:19 PM |
| 99.61.114.223 | AT&T Internet Services | 2011-05-09 11:57:21 AM |