United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC CENTURY INTERNATIONAL LTD,

    Plaintiff,

v.

DOES 1-101,

    Defendant(s).
_____/

No. C-11-02533-DMR

**ORDER OF CLARIFICATION**

In light of the confusion expressed by Plaintiff in its Motion to Shorten Time on Plaintiff's Motion for Leave to File Amended Complaint [Docket No. 9] and its Motion for Leave to File Amended Complaint [Docket No. 8], the court hereby construes the confusion as a motion for clarification with respect to this court's Order Granting in Part and Denying in Part Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery in Part; Severing Doe Defendants from Case; and Ordering Dismissal of Their Claims. [Docket No. 7.] The court thus hereby GRANTS Plaintiff's Motion for Clarification.

Throughout the court's order, the court explicitly stated, as well as logically implied, that **Doe 101 was SEVERED from the case and the claims against Doe 101 DISMISSED without prejudice**. The exclusion of Doe 101 in the final section of the order was merely a scrivener's error.

IT IS SO ORDERED.

Dated: July 13, 2011

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

_____
DONNA M. RYU
United States Magistrate Judge