UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOE 1,<br><br>　　　　Defendant.<br>_____/ | No. C-11-02533-DMR<br><br>**ORDER REQUESTING SUPPLEMENTAL INFORMATION** |

The court has received and reviewed Plaintiff's Motion for Leave to File Amended Complaint. To facilitate the court's decision on the motion, the court hereby ORDERS Plaintiff to submit a sworn declaration to the court no later than August 8, 2011 that addresses the following issues:

• If an individual uploads the same file with its unique hash value to multiple, independent BitTorrent websites, do the swarms that develop from these separate uploads interact? If so, under what circumstances?

• Is it *possible in any circumstance* that the resulting swarms that develop from these separate uploads would *not* interact? In other words, is there *any circumstance* in

**United States District Court**
For the Northern District of California

which two individuals could use BitTorrent to download a specific file with a given hash value and *not* have participated in the same swarm?

IT IS SO ORDERED.

Dated: July 14, 2011

_____
DONNA M. RYU
United States Magistrate Judge