United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC   CENTURY   INTERNATIONAL
LTD,

            Plaintiff,

    v.

DOE 1,

            Defendant.

_____/

No. C-11-02533-DMR

**ORDER GRANTING PLAINTIFF'S
MOTION TO SHORTEN TIME ON
PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

    Plaintiff has filed its Motion to Shorten Time on Plaintiff's Motion for Leave to File
Amended Complaint. [Docket No. 9.]  Having considered Plaintiff's papers and accompanying
submissions, the Court hereby GRANTS Plaintiff's Motion.  The new hearing date for Plaintiff's
Motion for Leave to File its Amended Complaint is set for August 11, 2011, at 11:00 a.m.


    IT IS SO ORDERED.


Dated:  July 14, 2011

                             _____

                             DONNA M. RYU
                             United States Magistrate Judge