UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD., <br><br>    Plaintiff, <br><br>v. <br><br>DOE 1, <br><br>    Defendant. | No. C-11-02533 (DMR) <br><br>**ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff's Renewed Motion for Leave to File First Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated: August 24, 2011



DONNA M. RYU
United States Magistrate Judge