UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-101,<br><br>　　　　　Defendants.<br>_____/ | No. C-11-02533-DMR<br><br>**ORDER RE UPDATE ON STATUS OF SUBPOENA RE DEFENDANT DOE 1** |

The court hereby ORDERS Plaintiff to provide the court a status update with respect to its subpoena for Defendant Doe 1 by October 26, 2011. Specifically, Plaintiff shall inform the court whether it has served the subpoena and, if it has not, why it has not. If Plaintiff has not served the subpoena, the court ORDERS Plaintiff to refrain from serving it until the court issues its order on the pending motion for expedited discovery [Docket No. 22]. If Plaintiff has served the subpoena, Plaintiff shall inform the court (1) why Doe 1 has not been named a defendant in this matter and (2) whether Plaintiff has communicated with Doe 1. If Plaintiff has had any communication with Doe 1, it shall lodge, not file, a copy of all such communications with the court for *in camera* review by October 26, 2011.

　　　IT IS SO ORDERED.

Dated: October 24, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU

United States Magistrate Judge