UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>DOE 1, <br><br>　　　　　Defendant. <br>_____/ | No. C-11-2533-DMR <br><br> **ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANT** |

Plaintiff filed this case on May 25, 2011 and has failed to serve a defendant within the 120-day limit imposed by Federal Rule of Civil Procedure 4(m). *See* Fed. R. Civ. P. 4(m). The court recognizes, however, the complexities of the *ex parte* discovery process and notes Plaintiff's continued efforts to proceed with this case. The court therefore finds good cause to extend Plaintiff's time to serve a defendant to February 13, 2012.

IT IS SO ORDERED.

Dated: November 15, 2011



_____
DONNA M. RYU
United States Magistrate Judge