- Anonymous on Steele Hansmeier
- Anonymous on Updated Motion to Quash or Modify Subpoena
- Anonymous on Steele Hansmeier
- anonyme on Updated Motion to Quash or Modify Subpoena

 **RSS**

**RSS - Posts**

**RSS - Comments**

---

**JDS says:**
October 27, 2011 at 1:25 pm
👍 0  👎 0  ⓘ Rate This

All of us need to band together and complain to the Illinois State Bar Association. When they get a few thousand complaints about Steele, they can bring some heat and make it difficult to continue his activities. I'm thinking of using the same route as the MTQs – send anonymous letters through a remailing service so we don't identify ourselves. The state bar can do their own research on Google. Of course, we will kindly include the phrases to search for, i.e. "Steele Hansmeier letter" and "Steele Hansmeier phone calls"

http://www.isba.org/contact

Hit him where it really hurts 😀

**Reply**

---

 **Anonymous says:**
October 27, 2011 at 2:16 pm
👍 0  👎 0  ⓘ Rate This

He's moving to Florida, where subpoenas flow freely from state courts thanks to an archaic law.

http://dietrolldie.files.wordpress.com/2011/08/change-of-address_john-steele.pdf

**Reply**

---

 **JDS says:**
October 27, 2011 at 3:38 pm
👍 0  👎 0  ⓘ Rate This

Indeed, but isn't he still registered with the Illionois State Bar Assoc? Or do we need to contact the Florida State Bar now?

**Reply**

---

 **JDS says:**
October 27, 2011 at 1:27 pm
👍 0  👎 0  ⓘ Rate This

Also, consider leaving feedback for Steele on avvo.com

http://www.avvo.com/attorneys/60601-il-john-steele-1689496/reviews.html

Spread the word people 😀

**Reply**

---

 **JDS says:**