**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   PACIFIC CENTURY INTERNATIONAL           No. C-11-02533 (DMR)
     LTD.,
12                                           **ORDER RE PLAINTIFF'S**
                     Plaintiff,              **APPLICATION TO TAKE FURTHER**
13                                           **ACTION [DOCKET NO. 32]**
            v.
14
     DOE 1,
15
                     Defendant.
16   _____/

17
         On December 1, 2011 Plaintiff moved to have the injunction on further action imposed by
18
     this court partially lifted so that Plaintiff may proceed with its case.  Plaintiff did not submit an
19
     accompanying proposed order as required by Local Rule 7-2(c).  The court therefore ORDERS
20
     Plaintiff to submit a proposed order no later than December 7, 2011.
21

22
         IT IS SO ORDERED.
23

24
     Dated:  December 5, 2011
25

26                                           _____
                                             DONNA M. RYU
27                                           United States Magistrate Judge

28