Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., <br><br> Plaintiff, <br> v. <br> DOES 1-101, <br><br> Defendants. | **No. C-11-02533 DMR** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO TAKE FURTHER ACTION** |

**ORDER GRANTING PLAINTIFF'S APPLICATION TO TAKE FURTHER ACTION**

On December 1, 2011, Plaintiff filed its Application to Take Further Action in this case. *See* Docket No. 32. Having considered Plaintiff's papers and accompanying submissions, the Court hereby **GRANTS** Plaintiff's Application. **IT IS HEREBY FURTHER ORDERED** that the Initial Case Management Conference, curently set for January 4, 2011, is hereby **CONTINUED** to February 29, 2012.

This order disposes of Docket No. 32.

IT IS SO ORDERED.

DATED:_____        _____
                                                                    Donna M. Ryu
                                                         United States Magistrate Judge