UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOE 1, <br><br> Defendant. _____/ | No. C-11-2533-DMR <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION TO TAKE FURTHER ACTION** |

The court is in receipt of Plaintiff's proposed discovery plan and notice of having received the subscriber information linked to Defendant Doe 1. [Docket No. 32.] The court ORDERS that Plaintiff may attempt to contact the subscriber identified in the ISP subpoena return in a manner consistent with the representations that Plaintiff made in its notice. Plaintiff may take no formal discovery without leave of the court.

IT IS SO ORDERED.

Dated: December 13, 2011

DONNA M. RYU
United States Magistrate Judge