**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC   CENTURY   INTERNATIONAL
LTD,

        Plaintiff(s),

    v.

DOES 1-101,

        Defendant(s).

_____/

No. C-11-02533  (DMR)

**ORDER OF DISMISSAL**

       IT IS HEREBY ORDERED that this case is dismissed without prejudice.

    IT IS SO ORDERED.

Dated:  December 29, 2011

_____

DONNA M. RYU
United States Magistrate Judge